Dismissed and Opinion filed October 9, 2003









Dismissed and Opinion filed October 9, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00994-CV

____________

 

GLADYS M. HOUSE and FREEDMEN=S TOWN ASSOCIATION, INC., Appellants

 

V.

 

KIMBERLY THOMAS, FELICIA DICKENS,
and MARJORIE WEBB,

Appellees

 



 

On Appeal from the
County Civil Court at Law No.
Two

Harris County, Texas

Trial Court Cause No. 765,263

 



 

M E M O R A N D U M  O P I N I O N

This is an appeal from a judgment signed May 13, 2003.  No clerk=s record has been filed.  The clerk responsible for preparing the
record in this appeal informed the court appellants did not make arrangements
to pay for the record.  








On September 11, 2003, notification was transmitted to all
parties of the Court's intent to dismiss the appeal for want of prosecution
unless, within fifteen days, appellant paid or made arrangements to pay for the
record and provided this court with proof of payment.  See Tex.
R. App. P. 37.3(b).  Appellant filed no response.

Accordingly, the appeal is ordered dismissed.  All pending motions are denied as moot.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed October 9, 2003.

Panel consists of Chief Justice
Brister and Justices Anderson and Seymore.